IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT STATKIEWICZ | * | |
| | * | |
| v. | * | Civil No. JFM-98-2208 |
| | * | |
| THE HENDERSON GROUP, INC., | * | |
| ET AL. | * | |

*****

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 26th day of October 1999

ORDERED

1. Plaintiff's motion for summary judgment is denied;

2. Defendants' motion for summary judgment is granted; and

3. Judgment is entered in favor of defendants against plaintiff.

_____
J. Frederick Motz
United States District Judge

8