UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

December 7, 1999

Memo to Counsel Re: Robert Statkiewicz v. The Henderson Group, Inc., et al.
Civil No. JFM-98-2208

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion for taxation of costs.

I will defer final ruling upon the motion until plaintiff's appeal has been resolved. However, I note that the Fourth Circuit's decision in Cherry v. Champion International, Inc., 186 F.3d 442, 446-48 (1999), would seem to teach that an award of costs should not be denied for reasons such as those advanced by plaintiff.

In the event that my decision is affirmed, I ask defendants to so advise me, and I will then rule upon the costs issue.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc: Court File