IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT STATKIEWICZ | * |
| v. | * Civil No. JFM-98-2208 |
| THE HENDERSON GROUP, INC., ET AL. | * |

ORDER

Defendants have filed a motion for taxation of costs. Plaintiff has appealed this court's entry of summary judgment on behalf of defendants to the Fourth Circuit. It is advisable to defer ruling upon defendants' motion for taxation of costs until the appeal has been resolved. Accordingly, it is, this 7th day of December 1999

ORDERED

1. Ruling upon defendants' motion for taxation of costs is deferred pending the Fourth Circuit's decision on appeal;

2. The motion is administratively closed, and

3. Defendants are directed to advise the court in the event that this court's decision is affirmed on appeal so that the costs motion can then be reopened.

J. Frederick Motz
United States District Judge